**Maximilliano CISNEROS, Petitioner–Appellant,**

v.

**Renee BAKER; Nevada Attorney General, Respondents–Appellees.**

**No. 14–16839.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2015.*

Filed Nov. 19, 2015.

Jessica Lina Hempstead, Jonathan Michael Kirshbaum, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Petitioner–Appellant.

Heather D. Procter, Deputy Attorney General, Nevada Office of the Attorney General, Carson City, NV, for Respondents–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: THOMAS, Chief Judge and IKUTA and HURWITZ, Circuit Judges.

### MEMORANDUM **

Cisneros appeals the district court's determination that he was not entitled to equitable tolling of the statute of limitations applicable to his federal habeas petition, see 28 U.S.C. § 2244(d), and its dismissal of the petition. We affirm. The district court did not err in concluding that Cisneros's attorney's miscalculation of the filing deadline was the sort of garden variety negligence that does not entitle a petitioner to equitable tolling. See *Holland v. Florida,* 560 U.S. 631, 651–52, 130 S.Ct. 2549, 177 L.Ed.2d 130 (2010); *Miranda v. Castro,* 292 F.3d 1063, 1067–68 (9th Cir. 2002); *Frye v. Hickman,* 273 F.3d 1144, 1146 (9th Cir.2001).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.